Jennifer Riley (SBN #360545)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017
E-mail: jariley@duanemorris.com

Aaron Winn (SBN #229763)
**DUANE MORRIS LLP**
750 B St Ste 2900
San Diego, CA 92101-8127
Email: awinn@duanemorris.com

Gerald L. Maatman (IL 6181016) *(pro hac vice application forthcoming)*
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
E-mail: gmaatman@duanemorris.com

Shannon Noelle (PA 326811) *(pro hac vice application forthcoming)*
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
E-mail: snoelle@duanemorris.com

Attorneys for Defendant,
KELLY SERVICES GLOBAL, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATES LOGISTICS SERVICES, INC.; a California corporation; KELLY SERVICES GLOBAL, LLC; and DOES 1 through 50,<br><br>Defendants. | Case No. 5:25-cv-01888<br><br>**DEFENDANT KELLY SERVICES GLOBAL, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Removed from San Bernardino Superior Court, Case No. CIVSB2510823]<br><br>*[Filed concurrently with Declaration of Kristen Yerkovich, Declaration of Jennifer Monson, Corporate Disclosure Statement, Request for Judicial Notice, Civil Case Cover Sheet, and Notice of Interested Parties]* |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant Kelly Services Global, LLC ("KSG"), by and through their attorneys, hereby submit their Corporate Disclosure Statement and states that:

1. KSG is a limited liability company whose sole member is Kelly Services, Inc.
2. Kelly Services, Inc. ("KSI") is a publicly-traded company and has no publicly traded parent, subsidiary, or affiliated companies.
3. No publicly-traded company owns 10% or more of the stock of KSG or KSI.

Dated: July 23, 2025         **DUANE MORRIS LLP**

By: /s/ *Aaron Winn*
Jennifer Riley
Aaron Winn
Jerry Maatman
Shannon Noelle

Attorneys for Defendant,
KELLY SERVICES GLOBAL, LLC

CORPORATE DISCLOSURE STATEMENT