JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

NATHAN WILLIAMS, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

STATES LOGISTICS SERVICES, INC.; a California corporation; KELLY SERVICES GLOBAL, LLC; and DOES 1 through 50,

Defendants.

Case No. 5:25-cv-01888-SSS-PDx

**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**

The Court, having considered Plaintiff NATHAN WILLIAMS's and Defendants STATES LOGISTICS SERVICES, INC. and KELLY SERVICES GLOBAL, LLC's Joint Stipulation to Remand Action to State Court and good cause appearing therefore, hereby orders as follows:

1. This action is remanded to the Superior Court in and for the County of San Bernardino, Case Number CIVSB2510823.

**IT IS SO ORDERED.**

DATED: September 8, 2026

By: ______________________________

Honorable Sunshine Suzanne Sykes
U.S. District Judge